TRAVELERS EXPRESS COMPANY INC.

v.

Dennis J. ROBERTS II, Attorney General

v.

Anthony J. SOLOMON, General Treasurer.

No. 82–411–A.

Supreme Court of Rhode Island.

April 21, 1983.

Dennis J. Roberts II, Atty. Gen., Charles McKinley, Sp. Asst. Atty. Gen., for plaintiff.

Leonard A. Kiernan, Jr., Providence, for defendant.

## ORDER

The plaintiff's motion to remand is granted and this case is remanded to the Superior Court for further proceedings which may include, within the court's sound judicial discretion, the entry of judgment accompanied by a Rule 54(b) certificate.